# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3057

Jaclyn Bailey v. CVS Pharmacy Inc

(D.N.J. No. 3-17-cv-11482)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: February 12, 2019

CJG/cc:   Stephen P. DeNittis, Esq.
          Walter R. Krzastek Jr., Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate